IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03335-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

RAYMOND MICHAEL WINDHORST,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendants.

---

ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES
AND FILE AMENDED COMPLAINT

---

    Plaintiff, Raymond Michael Windhorst, has submitted a Complaint [ECF Doc. # 1] and a Motion and Affidavit for Leave to Proceed Under 28 U.S.C. § 1915 [Doc. # 3].  As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)   ___   is not submitted
(2)   ___   is not on proper form (must use the court's current form)
(3)   ___   is missing original signature by plaintiff/petitioner/applicant
(4)   ___   is missing affidavit
(5)   ___   affidavit is incomplete
(6)   ___   affidavit is not notarized or is not properly notarized
(7)   ___   names in caption do not match names in caption of complaint, petition or application

(8) ⎯ other:

**Complaint or Petition**:
(9) ⎯ is not submitted
(10) ⎯ is not on proper form (must use the court's current form)
(11) _X_ is missing an original signature by the Plaintiff.
(12) _X_ is incomplete (Sections on "Jurisdiction," "Claims for Relief," and "Request for Relief" are not completed).
(13) ⎯ uses et al. instead of listing all parties in caption
(14) ⎯ names in caption do not match names in text
(15) ⎯ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) _X_ other:  Fails to allege date on which decision of Commissioner of Social Security was issued, and any subsequent appeal.  Plaintiff may attach copies of decisions to Complaint.

It appears from the Court's liberal construction of the Complaint that Mr. Windhorst may be challenging a Social Security decision pertaining to disability benefits, but he fails to allege in his Complaint the date of the decision, whether he appealed the decision, and whether he received a decision on any appeal.  Alternatively, he does not attach any administrative decisions to the Complaint.

To comply with Rule 8 of the Federal Rules of Civil Procedure, the Complaint must "contain (1) a short and plain statement of the grounds for the court's jurisdiction, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for the relief sought . . . ."  In order for Mr. Wells to state a claim in federal court, his "complaint must explain what each defendant did to him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." *Nasious v. Two Unknown B.I.C.E. Agents*, 492  F.3d 1158, 1163 (10th Cir. 2007).

Plaintiff will be directed to file an amended complaint that complies with the pleading requirements of Fed. R. Civ. P. 8.  He must allege in the "Jurisdiction" section

whether he is proceeding under 42 U.S.C. § 405(g).  If so, Plaintiff must further allege in the amended complaint the date of the final decision of the Commissioner of Social Security for which he seeks judicial review.  If Plaintiff asserts jurisdiction under some other statute, he must allege the jurisdictional basis for his claims and allege facts to show that he is entitled to relief.  For the purposes of Rule 8(a), "[i]t is sufficient, and indeed all that is permissible, if the complaint concisely states facts upon which relief can be granted upon any legally sustainable basis." *Id.*

Mr. Windhorst must present his claims in a manageable format that allows the Court and the Defendant to know what claims are being asserted and to be able to respond to those claims.  Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above and file an amended Complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure **within thirty (30) days from the date of this order**.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Complaint form, along with the applicable instructions, at www.cod.uscourts.gov, and use that form in submitting the amended Complaint.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the Complaint and the action may

be dismissed without further notice.  The dismissal shall be without prejudice.

DATED December 12, 2013, at Denver, Colorado.

                                       BY THE COURT:

                                       s/ Boyd N. Boland
                                       United States Magistrate Judge