IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03335-BNB

RAYMOND MICHAEL WINDHORST,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff has filed a Letter (ECF No. 11) requesting that the Court send a copy of the December 12, 2013 Order Directing Plaintiff to Cure Deficiencies (ECF No. 7) to his P.O. Box address in Paonia, Colorado.  Plaintiff is advised that the clerk's office mailed a copy of the December 12 Order to him at P.O. Box 1078, Paonia, Colorado, 81428, on January 21, 2014.  That document has not been returned to the Court as undeliverable.  Accordingly, the Court presumes that Plaintiff now has a copy of the December 12 Order.  Plaintiff shall have **thirty (30) days from the date of this minute order** to cure the deficiencies as directed in the December 12 Order.

Dated:  February 10, 2014