IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **13-cv-3335-AP**

**RAYMOND WINDHORST,**

   Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

   Defendant.

## ORDER DIRECTING SERVICE BY U.S. MARSHAL

Kane, J.

  The letter from plaintiff dated April 16, 2014 [doc. #19] shall be construed as a request for service by U.S. Marshal and as such is GRANTED. Having previously been found eligible to proceed pursuant to 28 U.S.C. § 1915, it is

  ORDERED that the Clerk of the Court shall effect service as indicated above.

  Dated this 18th day of April, 2014.

           BY THE COURT:

          *s/John L. Kane*
          John L. Kane, Senior Judge
          United States District Court